FRANCIS VIGNERI *v.* DEBORAH L. ZURA ET AL.
(5452)

DALY, O'CONNELL and FOTI, Js.

Submitted on briefs April 14—decision released April 21, 1988

*Robert E. Johnson, Jr.,* filed a brief for the appellants (defendants).

*Richard S. Cramer* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.